| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>AMANDA BECK<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARA LYNN SARMENTO,<br><br>Defendant. | CASE NO. 2:18-MJ-184 CKD<br><br>MOTION AND ORDER OF APPEARANCE IN THE DISTRICT OF IDAHO |

The United States of America, by and through its counsel of record, hereby moves that this Court order the defendant, Sara Lynn Sarmento, to appear at 9:30 a.m. on Tuesday, October 16, 2018, before U.S. Magistrate Judge Ronald E. Bush in the U.S. courthouse located at 6450 Mineral Drive, Coeur

//

//

//

//

MOTION AND [PROPOSED] ORDER OF APPEARANCE IN THE DISTRICT OF IDAHO

1

d'Alene, Idaho, to answer a criminal charge brought in the District of Idaho under Case No. 18-cr-291 NDCN.

Dated: September 21, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: September 24, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE