FILED

SEP 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARA LYNN SARMENTO,<br><br>Defendant. | Case No. 2:18-mj-184-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SARA LYNN SARMENTO__, Case No. __2:18-mj-184-CKD__ Charge __21 USC 841(a)(1)__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __50,000__

_____ Appearance Bond with 10% Deposit   *Cosigned by father + mother*

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on __9/21__, 2018 at __3:25 p.m__

By: _(signed)_

Magistrate Judge Carolyn K. Delaney